FILED
CLERK, U.S. DISTRICT COURT

1/26/21

CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 32

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS, | Case No. 2:20-cv-04360-PSG-AFM |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| N and H PARTNERS, LLC, et. al, | |
| Defendants. | |

The Plaintiff, Dwight Banks ("Plaintiff"), brought the present action against Defendants, N and H Partners, LLC. and Caravan Realty, LLC ("Defendants") alleging violations of Americans with Disabilities Act, 42, U.S.C Section 12182.

1

The Court read and considered the Plaintiff's motions for default judgment against Defendants, (Entered as Docket Nos. 27, 28) but Defendants have not opposed the motions or otherwise responded to Plaintiff's filings.

The Court found the matter appropriate for decision without oral argument pursuant to Fed. R. Civ. P. 78; L.R. 7-15. The scheduled hearing scheduled for December 14, 2020, was vacated and removed from the Court's calendar.

Defendant N and H Partners, LLC was served with process but failed to respond to this action (See Docket No. 15). Defendant Caravan Realty, LLC. was served with process but failed to respond to this action (See Docket No. 14). A default, in part, was entered against both Defendants on December 8, 2020 (See Docket No. 29).

After considering Plaintiff's Application, for the reasons set forth in this Court's order in this case IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment in favor of Plaintiff be entered as follows:

1. Plaintiff's Application for Entry of Default Judgment is GRANTED.
1. Plaintiff shall recover attorney fees from the Defendants in the amount $3,937.50 for 11.25 hours of work pursuant to the fee schedule set out in Local Rule 55-3.
2. Plaintiff shall recover litigation costs from Defendants in the amount for $1,180.00.

IT IS SO ORDERED.

Dated: 1/26/21

_____
PHILLIP S. GUTIERREZ
U. S. DISTRICT COURT JUDGE